IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MARIA J. RODRIGUEZ-JIMINEZ AS SURVIVOR OF JOSE GERARDO ALVAREZ-PICHARDO, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: |
| | ) | |
| MARK ALLEN CHEADLE, MARTEN TRANSPORT LOGISTICS, LLC, MARTEN TRANSPORT SERVICES, LTD, MARTEN TRANSPORT, LTD, ACE AMERICAN INSURANCE COMPANY, ABC CORPORATION I and ABC CORPORATION II, | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## NOTICE OF REMOVAL

**TO:  PLAINTIFF'S COUNSEL**
Richard T. Taylor, Esq.
Raye Ann Viers, Esq.
Taylor & Viers, P.C.
2620 Buford Highway
Atlanta, Georgia 30324

Ruben J. Cruz, Esq.
Cruz & Associates, P.C.
2620 Buford Highway
Atlanta, Georgia 30324

**PLEASE TAKE NOTICE** that the Defendants, Mark Allen Cheadle, Marten

Transport Logistics, LLC, Marten Transport Services, Ltd., Marten Transport, Ltd., and ACE American Insurance Company, by and through their undersigned counsel of record, pursuant to U.S.C. §§ 1441 and 1332, and hereby file this Notice of Removal of this action from the State Court for the County of Clayton, State of Georgia, where it is now pending, to the United States District Court for the Northern District of Georgia, Atlanta Division.

In support of this Notice of Removal, the Defendants have filed contemporaneously herewith their Brief in Support of Removal and accompanying Exhibits, including the pleadings and entire record of this matter.

WHEREFORE, the Defendants respectfully request that this Court enter an Order removing this action from the State Court for the County of Clayton, State of Georgia, where it is now pending, to the United States District Court for the Northern District of Georgia, Atlanta Division.

This the 1st day of November, 2021.

Shires, Peake & Gottlieb, LLC

/s/ Kevin T. Shires_____
Kevin T. Shires, Esq.
Georgia Bar No.: 643290
Loren A. Rafferty, Esq.
Georgia Bar No.: 678355

Shires, Peake & Gottlieb, LLC
284 N. Main Street
Alpharetta, Georgia 30009
(678) 940-4413 (Direct)
(678) 940-4420 (Fax)
KShires@spgattorneys.com
LRafferty@spgattorneys.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I have this day served a copy of the within and

foregoing document upon all parties to this matter by:

_____x_____          Electronically filing this document with CM/ECF which
sends notice via that system to all parties and counsel pursuant to O.C.G.A. § 9-11-
5(F) and/or U.S.C.R. 36.16(E)

_____x_____          Electronically serving this document via email pursuant to
O.C.G.A. § 9-11-5 (F) and/or U.S.C.R. 36.16(E) as follows:


Richard T. Taylor, Esq.
Raye Ann Viers, Esq.
Taylor & Viers, P.C.
2620 Buford Highway
Atlanta, Georgia 30324

Ruben J. Cruz, Esq.
Cruz & Associates, P.C.
2620 Buford Highway
Atlanta, Georgia 30324


This 1st day of November, 2021.

Shires, Peake & Gottlieb, LLC

/s/ Kevin T. Shires
Kevin T. Shires
State Bar No.: 643290


Shires, Peake & Gottlieb, LLC
284 N. Main Street
Alpharetta, Georgia 30009
(678) 940-4413 (Direct)
(678) 940-4420 (Fax)
KShires@spgattorneys.com