# EXHIBIT 2



16700 HWY 280, STE A #166
CHELSEA, AL 35043
205.447.8102

INTEGRAFORENSIC.COM

Mr. Nathan Nicholson

Cook Law Group, LLC

P.O. Box 2415

Gainesville, Georgia 30503

**Re:** *Rodriguez v. Marten:*

Dear Mr. Nicholson,

The following report summarizes my analysis of the October 12th, 2019, motor vehicle collision involving Mr. Mark Cheadle and Mr. Joes Alvarez-Pichardo. The collision occurred at approximately 6:32am on Crown Road, Southwest, in Atlanta Georgia. At the time of the collision, Mr. Cheadle was operating a 2019 Kenworth T680 truck tractor, towing a standard refrigerated trailer. Mr. Alvarez-Pichardo was riding a 26-inch Marlin Gary Fisher bicycle. Both vehicle operators were headed westbound on Crown Road.

In keeping with your request, my analysis has been focused on the Human Factors issues related to this matter, such as visibility, recognition, and perception-response time.

In order to perform my analysis, I have reviewed the following documents and data:

- The Georgia Motor Vehicle Crash Report, completed by Officer A. Hatfield of the Atlanta Police Department
- Dashcam video from the Kenworth tractor, provided to me by your office.
- The Accident Reconstruction file, including photos and scale diagrams created by Collision Specialists, Inc.
- The deposition testimony of Mr. Mark Cheadle
- The deposition testimony of Ms. Maria Rodriguez-Jimenez

**ALABAMA      LOUISIANA      MISSISSIPPI      TENNESSEE**



- The deposition testimony of Mr. Daniel King
- Electronic Log Data for the 10 days prior to the collision
- Answers to Interrogatories and Responses to Requests for production, exchanged by both parties.
- Photographs of the involved vehicles and videos of the tractor inspection, taken by Impact Collision Analysis
- Specifications for the 2019 Kenworth T680 from the Diesel Truck Index and VINLink
- Specifications for the Marlin Gary Fisher bicycle from YoBicycle.com
- Weather information from the day of and day before the collision, for the Atlanta Metro area from Wunderground
- Astronomic data for the day of the collision in the Atlanta Metro area, from The Photographer's Ephemeris and the Global Monitoring Lab of the NOAA Earth System Research Laboratories
- The expert report of Dr. Zachary Balest

In addition to the listed documents, I have reviewed the peer-reviewed and published literature cited within the body of this report.

## Environment

In the area of the collision, Crown Road SE is a two-lane city street with a solid double yellow line separating eastbound and westbound traffic. Several intersecting roadways have acceleration and deceleration lanes for traffic entering or leaving Crown Road SE. Near the area where the collision occurred, the righthand side of the roadway is bordered by businesses which provide some uneven lighting of the roadway. Approximately 230 feet from the area of impact, a streetlight illuminates the acceleration lane for vehicles exiting 3900 Crown Road SE. The roadway is generally level with slight curves and long straight stretches. Concrete curbing borders the right and left sides of the roadway.

In the area of the collision, the left shoulder (with respect to westbound traffic) is wider and construction barrels were in place at the time of the collision. These barrels are evident in the dashcam video as well as in police bodycam video. Figure 1 shows the dashcam view and the view from a daytime video, taken by CSI during their investigation.

The police report estimates that the collision took place at 6:32am on October 12th, 2019. On this date, Astronomical Dawn began at 6:17am, and the moon set at 6:23am. Nautical Dawn did not begin until 6:45am. At the time of the collision, the sun was approximately 15 degrees below the visible horizon and would not have provided any substantial illumination.

At the time of the collision, the weather was reported as "fair", and no rain was reported during the 30 hours preceding the time of the collision.







*Figure 1: Dashcam and CSI video showing Crown Road, SE before the area of impact.*

## Collision Description

At the time of the incident, Mr. Pichardo was biking westbound along the far-right edge of the roadway. He was riding a 26-inch Marlin Gary Fisher Mountain Bike. The bicycle was inspected while under control of the Atlanta Police Department (APD) and photographs were provided to me by your office. The seat was adjusted to approximately three feet high, and a red reflector is mounted at approximately two feet, eight inches. The bicycle has white reflectors on both the front and rear wheel spokes, and on the pedals.

Although the police report states that photographs were taken, none were provided by APD in response to an Open Records Request from CSI. Bodycam video provided does not show Mr. Pichardo.

In order to determine the clothing that Mr. Pichardo was wearing, the dashcam video was brightened using Axon Investigate 3.0 software. I hold all three existing levels of certification with Axon Investigate, and was a trained, certified user of its predecessor software (iNPUT-ACE) for four years.

The brightened video shows that Mr. Pichardo appears to be wearing a tan or orange long sleeve shirt, blue jeans or similar dark pants, and a reflective vest (as described by his wife in her Answers to Interrogatories). Mr. Pichardo also appears to be wearing a black or dark colored backpack which blocks the view of his torso, leaving only arms and shoulders visible. Because of the backpack, only the edge of the reflective vest can be seen in the dashcam video.

The 2019 Kenworth is traveling westbound on Crown Road, SE. The collision occurred when the tractor and trailer overtook Mr. Pichardo and struck him. This collision occurred at or near the point where the acceleration lane for 3900 Crown Road SE ended and just before the deceleration lane for the US Post Office began. The ending deceleration lane forced Mr. Pichardo to ride on the right edge of the westbound travel lane, where he is seen on the dashcam video, just prior to being struck.

In his deposition, Mr. Cheadle testified that although he could not be certain, he believes that his towed trailer made contact with Mr. Pichardo (not the tractor).

## Dashcam Limitations

It should be noted that the video does not accurately represent human vision. The video shows an approximately 120 degree horizontal and 80 degree vertical field of view using 704x480 pixels (337,920 pixels). "20/20" vision is the ability to differentiate an object which subtends one minute of arc (1/60th of a degree) (Kalloniatis & Luu, 2018). Mr. Cheadle's visual acuity would be less than this, as discussed by Dr. Balest).



On the horizontal axis, the video uses 704 pixels, or 5.8 pixels per degree. A representation of clear, foveal vision (20/20, based on the Snellen scale) would require 60 pixels per degree. (The vertical proportions are the same, thus the video is not distorted). This means that the image contains more than 10 times less information than a human observer could obtain with normal vision and eye movements.

Additionally, the frame rate of the video is 10 frames per second. Human vision can detect change up to 60Hz (60 changes per second) (Davis, Hsieh, Lee 2015). This means that the video is showing perceptible changes 6 times less frequently than the human eye can detect.

These are not merely biological limits, but perceptible limits, thus they are incorporated into consumer products such as VR headsets and high-definition TVs, monitors, and mobile devices. Based on the known limitations of the video (those explicitly stated in the metadata), the video is providing 1/10th of the information at 1/6th of the speed a human operator could perceive.

In addition to these known problems made explicit by the video's metadata, the exposure calibration of this video is unknown, as is the spectral and luminance sensitivity (color and brightness sensitivity).

The video does record the objects that it captures and displays their new relative positions accurately, each 1/10th second.


## Visual Perception and Recognition Distance

In order to estimate the distance at which Mr. Pichardo would have been visible to an ordinarily alert and attentive driver with normal visual acuity (corrected or uncorrected) and no other underlying eye problems, three visibility models were compared: Muttart, et al., 2013, Muttart & Romoser, 2009, and Bhagavathulu, Gibbons, & Nussbaum 2020. The three models consider different attributes of the visibility.

All three studies deal with mesopic vision (illumination below 30 lux or brightness of less than 3 cd/m^2, but above 0.01cd/m^2). This low-light vision employs both rods and cones within the eye, but most colors present as shades of gray. Under these conditions, brightness contrast is our primary means of differentiating objects (Olson & Faber, 2010).

Muttart & Romoser based visibility on headlight type, headlight beam (high / low) and object location. Muttart, et al. considered attributes of the object (motion, size) as well as headlight beam, and Bhagavathulu, Gibbons, & Nussbaum analyzed pedestrians in front of, behind, and under street lighting, using low beam headlights.



All three models provide information on two distances: a detection threshold and a recognition threshold. In all three cases, a detection threshold describes the point at which observes noticed "an object" and the recognition threshold describes the point at which the object was perceived accurately. In all cases, the recognition threshold is a point where the approaching observer is closer to the object than the detection threshold.

For a dark clad pedestrian, moving in-line with the overtaking vehicle, the three models provide similar estimates for the recognition thresholds: Muttart & Romoser, 133 feet; Muttart, et al., 151 feet; Bhagavathulu, Gibbons, & Nussbaum, 147 feet. The three methods average 144 feet with a standard deviation of 9.7 feet. This indicates that the minimum recognition distance is 134 feet (one standard deviation below the calculated average).

It should be noted that Muttart and Romoser's model does not consider any ambient light in the area, nor does it consider the reflective material on Mr. Pichardo's vest or bicycle. Muttart, et al.'s model considers the reflective material of the vest (some reflective material, but not a discernable pattern), but no ambient light. Bhagavathulu's model considers the ambient light, but no reflective material. Since no model accounts for both the reflective material and the ambient light from the streetlights, they should be regarded as conservative estimates.

Based on the accident reconstruction of Mr. Kidd, Mr. Cheadle was traveling approximately 22 miles per hour when he overtook Mr. Pichardo. Mr. Pichardo was biking at approximately 8 miles per hour. This is a closing speed of 20.5 feet per second. This means that Mr. Pichardo was within a recognizable distance for 6.5 seconds before impact.

Figure 2 shows the dashcam view, approximately 6.5 seconds before impact. In spite of the camera's limitations, Mr. Pichardo is clearly visible, approximately 134 feet ahead.





*Figure 2: A screen capture from the dashcam video when Mr. Pichardo was approximately 134 feet ahead of the Kenworth.*

Once Mr. Pichardo was recognizable (at least 134 feet ahead), a driver can respond within one second, and would be expected to respond within two seconds. Jurecki and Stanczyck (2018) found that drivers exhibited a brake reaction time of 0.67 – 1.36 seconds for pedestrians intruding into their path from the right side. Green (2000) however, points out that urgency effects driver response time: in situations where immediate action is not required, drivers take longer to respond. In this case, Mr. Pichardo became recognizable at least 6.5 seconds before impact and the expected response times would be slightly longer than in Jurecki and Stanczyck's research.

Applying a two second response time to the 134-foot headway, which was closing at 20.5 feet per second, implies that an ordinarily attentive driver would have responded approximately 93 feet before reaching Mr. Pichardo.

This is more than a sufficient distance to move laterally or even stop the truck completely from 22 miles per hour.



It is significant that Mr. Cheadle testified in his deposition that he had "no recollection of seeing the biker" (page 121). As Mr. Cheadle overtook Mr. Pichardo, the illumination cast by his headlights would have become progressively stronger. Illuminance (the amount of light reaching an object) is equal to the intensity of the source, divided by the distance, squared. Therefore, as the headway between the vehicles closed, the amount light shining onto Mr. Pichardo from the Kenworth's headlights was increasing almost exponentially[1]. This means that for every second that Mr. Cheadle approached Mr. Pichardo, Mr. Pichardo would have been more noticeable and easier to see.

This continued inability to detect the presence of an easily recognizable object is consistent with the vision problems noted by Dr. Balest, particularly the decreased contrast sensitivity.

## Conclusions

The dashcam video cannot provide an accurate representation of an object's visibility because the image contains too little information (too few pixels) and displays the changes in the scene too slowly (too few frames per second).

There is no information that states the exposure values of the camera, so no statement can be made as to whether the image is brighter or darker than a dark-adapted person would have observed when looking at the scene.

Mr. Pichardo would have been visible and recognizable as a pedestrian for at least 6.5 seconds, as the Kenworth overtook him on his bicycle.

An ordinarily alert and attentive driver would have needed one to two seconds to recognize and adjust his speed and direction to accommodate Mr. Pichardo on the roadway.

Mr. Cheadle's failure to observe Mr. Pichardo, even when he was a very short distance from impact, is consistent with inattentive driving, in combination with the visual limitations described by Dr. Balest.

This report is based on the data and documents specifically referenced, as well as on my training, education, and experience in Human Factors and Accident Analysis. I reserve the right to supplement my findings if new, relevant information is provided to me.

---

[1] The increase would be "almost" exponential because of atmospheric interference (e.g., humidity) and imperfect light transmission through the truck's headlight lenses.

Sincerely,

# William F. Messerschmidt

Digitally signed by
William F. Messerschmidt
Date: 2023.02.17
12:19:35 -06'00'



William Messerschmidt

## References:

Bhagavathulu, R., Gibbons, R., Nussbaum, M. (2020).  Does the Interaction between Vehicle Headlamps and Roadway Lighting Affect Visibility? A Study of Pedestrian and Object Contrast. SAE 2020-01-0569, Society of Automotive Engineers.

Boger, Y. (2017). Understanding Pixel Density and Retinal Resolution, and Why its Important for AR/VR Headsets. RoadtoVR.com

Davis, J. Hsieh, Lee (2015). Humans Perceive Flicker Artifacts at 500Hz. Scientific Reports (5) 7816.

Green, M. (2000). How Long Does It Take to Stop? Methodological Analysis of Driver Perception-Brake Times. Transportation Human Factors, 2(3) 195-216

Jurecki, R., Stanczyk, T. (2018). "Analyzing driver response times for pedestrian intrusions in crash-imminent situations," *2018 XI International Science-Technical Conference Automotive Safety*, Žastá, Slovakia, 2018, pp. 1-7, doi: 10.1109/AUTOSAFE.2018.8373339.

Kalloniatis & Luu (2018). Visual Acuity from The Organization of the Retina and Visual System, University of Utah.

Muttart, J. W., Romoser, M. (2009). Evaluating Driver Response and Ability to Avoid a Crash at Night. 1st Joint ITAI – EVU Conference, Hinkley UK.

Muttart, J. W. Bartlett, W., Kauderer, C. D., Johnston, G. L., Romoser, M., Unarski, J., Barshinger, D. (2103). Determining when an Object Enters the Headlight Beam Pattern of a Vehicle. Society of Automotive Engineers. 2013-01-0787.

Olson, P. L., Dewar, R., Faber, G. (2010). Forensic Aspects of Driver Perception and Response, 3rd Ed. Lawyers & Judges Publishing, Tucson AZ.



# EXHIBIT A

# William F. Messerschmidt

**Integra Forensics**

**16700 Hwy 280, Ste. A #166**
**Chelsea, Alabama 35043**
**205.447.8102**
**www.integraforensic.com**
**william@integraforensic.com**



## Education

- Postgraduate Certificate, Workplace Psychology: Human Factors – 05/2023 The University of Aberdeen, Scotland, UK

- Master of Science, Human Factors – Coursework Completed, 12/15 The University of Idaho, Moscow, Idaho

- Master of Public Administration – 08/02 Columbus State University, Columbus, Georgia

- Bachelor of Arts, Economics – 03/98 Auburn University, Auburn, Alabama

## Continuing Education

- Risk Management and Hazard Identification, Emory-Riddell Aeronautical University, May Session 2021
- Sensation and Perception, The University of Alabama at Birmingham, Fall 2006
- Psychology of Learning, The University of Alabama at Birmingham, Summer 2006
- Cognitive Science, The University of Alabama at Birmingham, Spring 2006
- Mathematical Modeling and Simulation, The University of Alabama at Birmingham, Spring 2006
- General Physics, The University of Alabama at Birmingham, Fall 2005
- Emergency Management, Jacksonville State University, Spring 2003

## Academic Recognition

- The Honor Society of Phi Kappa Phi
- Sigma Alpha Lambda

## Certifications & Accreditation

- ACTAR (Accreditation Commission for Traffic Accident Reconstruction), #1372
- Axon Investigate
  - Certified Operator
  - Certified Analyst
  - Certified Metrologist
- Bosch Crash Data Retrieval system
- Caterpillar Technician
- Detroit Diesel Diagnostics Link & DDEC Reports
- Cummins Insite

## Professional Experience

**2006-present**
**Messerschmidt Safety Consultants, LLC**
Investigate and reconstruct motor vehicle accidents. Perform forensic analysis of motor vehicle accidents. Provide Human Factors consulting in transportation mishaps. Teach accident reconstruction and evidence-preservation techniques, including heavy vehicle Event Data Recorders. Perform forensic- and safety-related research and product development. Employ and supervise a staff of six -12 professional employees

**2012-2018**
**Adjunct Instructor, Northwestern University Center for Public Safety**
Lead Instructor and Course Coordinator: "Preserving and Analyzing Information from Heavy Vehicle EDRs." Created lesson plan, developed class content, and authored, co- authored, or approved all course content

**2009-2012**
**Adjunct Instructor, The University of Tulsa, Continuing Engineering and Science Education**
Lead Instructor: "Preserving and Analyzing Information from Heavy Vehicle EDRs." Created lesson plan, developed class content, and authored, co-authored, or approved all course content

2

**June 2006-September 2006**
**Independent Contractor, Accident Reconstruction Specialist- Southeast Collision Analysis**

**2003-2006**
**Associate Reconstructionist, Robinson & Associates, LLC, Birmingham, Alabama**
Applied physical laws to collision reconstruction. Used parametric statistical models to evaluate uncertain data. Investigated and documented collision scenes. Applied basic human factors analysis to collision reconstruction.

**1998-2003**
**Police Officer, City of Auburn, Police Division, Auburn, Alabama**
Investigated traffic accidents, hit-and-run accidents, and private property vehicle collisions. Assigned to Accident Investigations Unit for major accidents, 2001-2003. Investigated approximately 400 roadway accidents and 100 private property vehicle collisions. Investigated fatal and serious injury accidents and assisted shift commander with officer- involved accidents as member of the AI unit.

**1996-1998**
Corrections Officer, City of Auburn, Police Division, Auburn, Alabama

**May 1993-December 1993**
Mechanic's Assistant, Messerschmidt Transmission, Lebanon, Pennsylvania

**May 1991-September 1991 & May 1992-September 1992**
Labor Assistant, Highway Construction, Virginia Department of Transportation, Manassas, Virginia

## Accident Analysis & Reconstruction Training - Human Factors

Nitere Software (Luminance Measurement Software)  Training & Certification – 12/21 JS Forensic Consulting, Carlsbad, California

The Dirty Dozen, in Depth:  Complete Human Factors Training Series – 04/21 Aeronautical Repair Station Association, Vienna, Virginia

AGi32 (Lighting Analysis & Design Software) Intermediate Roadway Lighting – 03/21 Lighting Analysis, Inc. Littleton, Colorado
  • Using AGi32 to design and analyze roadway lighting
  • Applying RP-8-18 to various roadway environments

AGi32 (Lighting Analysis & Design Software) Introductory Course – 03/21 Lighting Analysis, Inc. Littleton, Colorado
- Introductory certification course for using AGi32 for interior, exterior, and roadway lighting analysis

Human Factors Accident Classification System (HFACS) & Human Factors Intervention Matrix (HFIX) Workshop – 02/21
Emory-Riddell Aeronautical University
- Human error analysis applied to incident investigations
- Use of the HFACS to identify system causes of human error
- Implementation of HFIX in safety management

LMK Mobile-Air Training – 04/19
TechnoTeam Bildverarbeitung, GmbH, Orlando Florida
- Use of the Luminance Camera
- Processing Images with Labsoft Software
- Practical Exercises

Advanced Accident Reconstruction with Human Factors - 11/17
Crash Safety Specialists, Pelham Alabama.
- Using IDRR Software
- Applying Human Factors Research to Crash Reconstruction
- Driver Perception and Response Time
- Visibility Studies

2017 Interactive Driver Response Research (I.DRR) User Forum 02/17 Nashville, Tennessee
- Case studies with I.DRR Software
- Distracted Driving Research – Dr. David Strayer
- Young and At-Risk Drivers – Dr. Shelia Klauer
- Human Factors Research – Dr. Jeffery Muttart

Human Factors and Ergonomics Society 56th Annual Conference- 10/12 Boston, Massachusetts
- Lectures and Sessions Attended:
- "Driver Distraction and Drowsy Driving"
- "Factors Related to Perceiving the Relative Speed of Leading Vehicles"
- "How to Present Human Factors Testimony to the Trier of Fact"
- "Driver Visual Behavior"
- "Forensic Issues in Transportation and Disabilities"
- "Driver Attitudes Toward Monitoring and Performance"
- "Research on Sustained Attention and Workload"

4

Updated 12/15/22

- "Prevention of High-Consequence Incidents- Looking Beyond Technical Failures

Optics, Lighting, and Visibility for the Forensic Investigator 09/11
Clearly Visible Presentations & The Ohio Traffic Accident Reconstruction Association, Cincinnati, Ohio
- forensic photography
- measurement of luminance and illumination
- human vision and light sensitivity
- forensic analysis of visibility

Night Visibility—11/06
Michigan State University Highway Traffic Safety Programs, Auburn Hills, Michigan
- night visibility factors
- expectancy and driver perception
- night visibility field exercises & research
- vehicle lighting requirements

Human Factors: Understanding Driver Response—03/06
Accident Dynamics Research Center, Baltimore, Maryland
- research methods in driver response
- driver response time
- driver decision-making
- delayed detection & perception
- reduced visibility accidents
- pedestrian nighttime visibility study

Human Factors in Traffic Crash Reconstruction—11/04
Institute for Police Technology and Management, Jacksonville, Florida
- eyewitness reliability
- nighttime visibility of pedestrians
- factors affecting perception-reaction time
- straightforward response times
- perception-reaction time modeling

Investigating Human Fatigue Factors—09/04
National Transportation Safety Board Academy, Washington, D.C.
- Circadian sleep rhythms
- performance and alertness
- fatigue factors in accident investigations
- heuristic and algorithmic decision models
- interviewing for fatigue information

- scheduling factors
- collecting and analyzing fatigue information
- conducted driving simulator research

Human Factors in Accident Reconstruction—03/04
Accident Dynamics Research Center, Philadelphia, Pennsylvania
- statistical measures of driver response
- limitations of predictive software
- driver perception of relative velocities
- fundamentals of human perception and reaction

National Association of Technical Accident Investigators Annual Conference—03/04
Philadelphia, Pennsylvania
- driver response to traffic signals
- current research in human factors

South Carolina Association of Accident Reconstruction Specialists—07/03
Annual Conference, Charleston, South Carolina
- empirical methods for determining driver response
- fundamentals of human perception and reaction

Traffic Accident Reconstruction- 02/02
Institute for Police Technology Management (IPTM), Selma, Alabama
- Visibility and perception in accident reconstruction
- Incorporating perception/reaction times into traffic accident recon

Traffic Homicide Investigation—04/01
Alabama State Troopers, Selma, Alabama
- complex and simple reactions
- illness and disability factors affecting perception
- environmental factors affecting perception
- investigative techniques for assessing human factors

Survival Seminar—02/00
Caliber Press, Auburn, Alabama
- impact of stress on reaction time
- cognitive decision making and human response

## Event Data Recorders (EDRs)
EDR Summit 2017 - 03/17
The Accident Reconstruction Network, Houston, Texas
- Asynchronous Data Concepts in EDR Data

6

• Heavy Vehicle Crash Reconstruction incorporating EDR Data
• Volvo and Mack ECM EDRs
• Subaru and Mitsubishi ACM Data

Crash Data Retrieval Technician Level 1 & 2 – 09/16
Pelham Alabama Police Department

First Annual CDR User Summit: Europe – 05/14
IbB Engineering, Dudhofen, Deutschland
• CDR – related tools
• History of EDR technology in Europe
• Crash Data Retrieval Tool Overview
• EDR Data Survivability
• Case Studies

2012 MATAI Fall Training: Special Studies in Commercial Motor Vehicle (CMV)
Reconstruction (was a Co-Instructor and a pupil)—10/12
• calculating truck braking efficiencies
• forensic inspections for braking and dynamics determinations
• preserving electronic data in Heavy Vehicles (HVs) and CMVs
• using HV Event Data Recorder data in HV crash reconstruction

Practical Applications of CDR Technology—06/12 Pelham, Alabama
• hands-on training in how to use the Power Distribution Center (PDC) which
  facilitates the access of EDR data in heavily damaged vehicles
• taught by Bruce Gazdick, designer of the PDC tool

Sixth Annual Crash Data Retrieval User's Conference—02/11
The Accident Reconstruction Network, Houston, Texas
• GPS-based EDRs
• EDR data from Toyota vehicles
• Heavy Vehicle EDRs
• EDR data from Chrysler vehicles

Cummins Insite Certification—06/07
Cummins Mid-South, Morgan City, Louisiana
• using Insite and Powerspec to access ECM data

Second Annual Crash Data Retrieval User's Conference—02/07
The Accident Reconstruction Network, NAPARS, Vetronix, CDR Tool User's Group,
Houston, Texas
• Ford powertrain module data
• ACM survivability/durability

• ACM testing and validation
• two-dimensional crash analysis with CDR data

Illinois Association of Technical Accident Investigators 09/06
Annual Conference, Bloomington, Illinois
• advances in commercial vehicle brake systems
• ABS systems in commercial vehicles
• types and uses of accelerometers
• advances in vehicle technology, 1986-2006

First Annual Crash Data Retrieval User's Conference—02/06
The Accident Reconstruction Network, NAPARS, Vetronix, CDR Tool User's Group,
Dallas, Texas
• CDR as applied to 360o momentum analysis
• CDR accuracy
• EDR validation, 1950-present
• CDR and driver response

Crash Data Retrieval System Operator—09/05 Collision Safety Institute,
Springfield, Illinois
• certification with Vetronix data retrieval system
• fundamentals of data analysis and interpretation
Illinois Association of Technical Accident Investigators—09/05 Annual
Conference, Springfield, Illinois
• heavy truck electronic control modules
• using data from vehicle airbag modules in accident reconstruction

Caterpillar Electronic Technician—09/05 Birmingham, Alabama
• extracting data from Caterpillar Diesel Engine Control Modules (ECMs)
• analyzing and evaluating ECM data

EDR Symposium (Joint conference of the Society of Automotive Engineers and
the National Transportation Safety Board)— 06/04 Washington D.C.
• reliability of EDR data
• current research in EDR technology

Detroit Diesel Engine Control (DDEC) Data Extraction and Analysis—04/04
Detroit, Michigan
• extracting data from Detroit Diesel Engine Control Modules
• analyzing and evaluating ECM data

8

Illinois Association of Technical Accident Investigators- 09/03
Annual Conference, Mt. Vernon, Illinois
- Conducted vehicle crash testing with Rusty Haight, using EDR equipped vehicles
- Comparison of EDR data to traditional accelerometer data

Crash Data Retrieval System Operator—07/03
Collision Safety Institute, Baton Rouge, Louisiana
- certification with Vetronix data retrieval system
- fundamentals of data analysis and interpretation

## General Reconstruction & Analysis Training
South Carolina Accident Reconstruction Society, 2021 Annual Meeting – 07/21
Mount Pleasant, South Carolina
- Commercial Vehicle Collisions
- Roadway Contributing Factors
- Crash Data Retrieval System Update

Heavy Truck Reconstruction Techniques: Master's Series – 2020
Pleasant View, Tennessee – 9/20
- Brake Force Equations
- Inspection Techniques
- EDR Applications
- Side- and Rear-underride Analysis

INPUT-ACE Training, Occam Video Solutions – 08/19
Southington Police Department, Southington, Connecticut
- Limitations of Video
- Uses of INPUT-ACE
- Processing video and image files with INPUT-ACE

Virtual Crash 4 Classroom Training – 12/18
The University of Florida, Gainsville, Florida
- Fundamentals of Crash Simulation
- Virtual Crash 4 Collision Models
- Case studies and techniques using Virtual Crash 4

Pedestrian and Bicycle Investigations, Beck Forensics - 10/17
Pelham Alabama Police Department
- Bicycle Dynamics
- Searle and pedestrian vault equations
- Pedestrian & Cyclist Visibility
- Forensic scene analysis

Microsoft Excel for Accident Reconstruction, Rich Consulting LLC - 09/17
- Programming VBA for Accident Reconstruction
- Analysis tools in Excel

World Reconstruction Exposition (WREX2016)05/16 Orlando, Florida
- Drugged and Intoxicated Driving
- Speedometer Post Crash Accuracy
- Autonomous Driving
- Human Factors and Driver Distraction
- Digital Forensics of Heavy Vehicle Post Crash Inspections
- Motorcyclist PRT

Motor Vehicle Accident Reconstruction and Cause Analysis (incl. Heavy Vehicles) – 05/16 Pelham Alabama Police Department
- Elements of Forensic Accident Reconstruction
- Motor Vehicle Factors in Accident Reconstruction
- Accident Avoidance Analysis
- Collision Mechanics

Bendix Air and Foundation Brake Training—05/08
Freightliner Training Center, Atlanta, Georgia
- Bendix ABS software
- Foundation Brake Training
- Air Delivery Systems
- Troubleshooting and Maintenance

Introduction to SAS Workshop—05/06
University of Massachusetts Center for Biostatistics, Amherst, Massachusetts

Commercial Vehicle Collision Investigation—05/06
Maine State Police/National Association of Professional Accident Reconstruction Specialists, Augusta, Maine

Damage and Energy Applications for Collision Reconstruction—07/05 Collision Safety Institute, Phoenix, Arizona

Side Under-ride Analysis—07/04
Midwest Institute for Transportation Safety, Indianapolis, Indiana

Forensic Mapping—02/04
McKinzie & Associates, Birmingham, Alabama

10

Microsoft Excel for the Accident Reconstructionist—01/04
Anne Arundel Community College, Hanover, Maryland

Special Problems in Traffic Crash Reconstruction—04/03
IPTM, Jacksonville, Florida
• highway design considerations
• investigating rollover crashes

Pennsylvania State Police Reconstruction Seminar—10/02
Greensburg, Pennsylvania
• proper application of critical speed formula
• major scene mapping and management

The Tire Failure Seminar—08/02
Michelin Tire Corporation, Dothan, Alabama

Laser Mapping and Surveying—07/02
City of Auburn Engineering Department, Auburn, Alabama

Child-Passenger Restraint Systems—06/02 Alabama Safe Kids, Auburn, Alabama

Critical Analysis Reporting Environment (CARE)—04/02
Alabama Department of Transportation, Montgomery, Alabama

Traffic Accident Reconstruction—02/02
IPTM, Selma, Alabama

Advanced Traffic Accident Investigation—12/01
IPTM, Selma, Alabama

Traffic Homicide Investigation—04/01
Alabama State Troopers, Selma, Alabama

Child Restraint Systems Familiarization—06/00
Alabama Safe Kids, Auburn, Alabama

Basic Accident Investigation—06/98
Alabama Criminal Justice Training Center, Selma, Alabama

## Driving Safety Training
Dynamics of Fleet Safety (Instructor), National Safety Council—12/06
National Safety Council, Alabama Chapter, Birmingham, Alabama

Personal Defensive Driving, National Safety Council—04/05
National Safety Council, Alabama Chapter, Birmingham, Alabama

Defensive Driving for the Professional Truck Driver, National Safety Council—04/05
National Safety Council, Alabama Chapter, Birmingham, Alabama

Highway Emergency Response Driving—07/01
Alabama Criminal Justice Training Center, Selma, Alabama

Coaching the Emergency Vehicle Operator—03/00
Auburn Police Department, Auburn, Alabama

Introduction to Emergency Response Driving—06/98
Alabama Criminal Justice Training Center, Selma, Alabama

Defensive Driving for Police Officers—06/98
Alabama Criminal Justice Training Center, Selma, Alabama

## Publications

"Using and preserving HVEDR Diagnostic Event Data" (with Timothy Austin
    and Michael Farrell), Collision: The International Compendium for Crash
    Research, Vol. 7:2, Collision Publishing, Seattle, Washington 10/12

"Simulating the Effect of Collision-Related Power Loss on the Event Data
    Recorders of Heavy Trucks" (SAE 2010) (with Timothy Austin, Benjamin Smith,
    Timothy Cheek, David Plant, and Chris Voeglie), Society of Automotive Engineers
    (SAE), Warrendale, Pennsylvania. 4/10

"Testing the Last Stop Record in the Mercedes MBE 4000" (with Benjamin
    Smith and Ronnie DeMonia), *Collision: The International Compendium for Crash
    Research*, Vol. 4, Collision Publishing, Seattle, Washington. 10/09

"A Statistical Analysis of Data from Heavy Vehicle Event Data Recorders"
    (SAE 2009-01- 0880), Society of Automotive Engineers, Warrendale, Pennsylvania.
    04/09; Also published in *SAE Transactions 2009* and *SAE International Journal of
    Commercial Vehicles*, Vol. 2:1.

"General Motors Data Recording, A Visual Approach to the Logic Functions,"
    Refereed conference presentation at the Second Annual CDR User's
    Conference, Houston, Texas. Collision: The International Compendium for Crash
    Research, Vol. 2:2, Collision Publishing, Seattle, Washington. 11/07

"www.heavytruckedr.org" (with Chris Bloomberg, Chris Medwell, Daniel

12

Melcher, and Michael Yosko), 11/07

"Inspecting EDR-Equipped Heavy Vehicles," *First Contact,* Journal of the
    Illinois Association of Technical Accident Investigators, 11:3 (pp. 5-8), 05/07

"Rational Legislative and Organizational Policy for Automotive Event Data
    Recorders," Refereed conference presentation at the First Annual CDR User's
    Conference, Dallas, Texas. *Collision: The International Compendium for Crash
    Research,* Vol. 1:1, Collision Publishing, Seattle, Washington. 06/06

"Relationship Between Relative Velocity Detection and Driver Response
    Times in Vehicle Following Situations" (SAE 2005-01-0427) (with Jeffery W. Muttart
    and Larry Gillen), Society of Automotive Engineers (SAE), Published at the 2005
    SAE World Congress, Detroit, Michigan. 04/11/05

"Investigating Rear-end Collisions" (with Jeffery Muttart), *First Contact,*
    Journal of the Illinois Association of Technical Accident Investigators. 04/05

"Knowing Your Employees: A Key to Better Supervision" (feature article,
    with Thomas W. Carswell), *Institute for Criminal Justice Education.* 04/03
    <www.icje.org/id186.htm>

## Conference Presentations

"Human Factors Investigations," MATAI Spring Conference, Des Moines, IA 05/22

"Human Factors Investigations" WATAI 2021 Fall Conference, Olympia, WA (via Zoom),
10/21

"Tools, Technology, and Techniques for Human Factors Analysis," SCARS 2021 Annual
Conference, Charleston, SC, 07/21

"Human Factors in Trucking Crashes" Heavy Truck Reconstruction Techniques, Master's
Series, Pleasant View, TN, 09/20

"Cummins ECM / EDR Update" EDR Summit 2017, Houston, TX 03/17

"Path Intrusion and Vehicle Following Case Studies," 2017 I.DRR User Forum,
    Nashville, TN 02/17

"What you Need to Know about 'Black Box' Data in Commercial Vehicles and
    Heavy Trucks," 360 Advocacy, Las Vegas, NV 10/14

"Auslesung von Daten aus Steuergeräten bei Nutzfahrzeugen," CDR User

Summit Europe, Dudenhofen, Deutschland 05/14

"DDEC Reports 8.02: Analysis of Daily Engine Usage Data," Illinois
Association of Technical Accident Investigators, Peoria, IL. 09/13

"HVEDR Updates," Midwest Association of Technical Accident Investigators
2013 Conference, Wisconsin Dells, WI. 06/13
"Special Studies in Commercial Motor Vehicle (CMV) Reconstruction" (Co-
Instructed with Ron Heusser), 2012 MATAI Fall Training, Bismarck, ND. 10/12

"Using ECM Diagnostic Data in Crash Reconstruction" (Presented with
Timothy Austin). 2012 ARC-CSI Crash Conference, Las Vegas, NV. 06/12

"An Analysis of Pre-crash Driver Behavior Using Event Data from Medium-
and Heavy-Duty Electronic Control Modules," SAE 2011 Highway Vehicle EDR
Symposium, Institute Conference Center, Danville, VA. 06/11

"Eyewitnesses in the Legal Process: Roles and Reliability," Guest Lecture,
Psychology 304: Psychology and the Law, University of Alabama at Birmingham.
01/11

"Applying Heavy Vehicle EDR Data in the Real World," Sixth Annual Crash
Data Retrieval User's Conference, Houston, Texas. 01/11

"Conspicuity Issues in Trucking Crashes," 2010 Common Carrier Seminar,
Institute of Continuing Legal Education in Georgia, Atlanta, Georgia. 11/10

"Retroreflective Treatment Investigation and Analysis," 2010 MdATAI Crash
Conference: Trailer Underrides, Ocean City, Maryland. 10/10

"The Past, Present, and Future of HVEDR Technology," National Association
of Professional Accident Reconstructionists (NAPARS) 25th Annual Conference,
Ocean City, Maryland. 10/09

"Using HVEDR Data in Accident Reconstruction," Pennsylvania State Police
Reconstruction Seminar, State College, Pennsylvania. 09/09

"An In-Depth Look at ECMs in the Real-World" (Presented with Benjamin N.
Smith), Midwest Association of Technical Accident Investigators Annual
Conference, Wisconsin Dells, Wisconsin. 06/09

"Simulation, Testing, and Analysis of Real-World Scenarios with Various

14

Detroit Diesel and Caterpillar ECMs," Midwest Association of Technical Accident Investigators Annual Conference, Wisconsin Dells, Wisconsin. 06/09

"GPS/GLS-Enabled Fleet Management Systems and Electric On-Board Recorders (EOBRs)," Georgia Trial Lawyers Association Annual Convention, Atlanta, Georgia. 04/09

"Unlocking Black Box and ECM Data" (Presented with John (Tim) Corbitt), The Mississippi Association for Justice: Trucking Litigation Seminar, Jackson, Mississippi.03/09

"What's in the Black Box? A Show and Tell with Car and Truck EDRs" (Presented with Arthur D. Spratlin and John (Tim) Corbitt), The Transportation Law Institute (University of Denver), New Orleans, Louisiana. 11/08

"Heavy Vehicle EDRs: From Investigation to Trial," Joint Conference of the South Carolina Association of Reconstruction Specialists, National Association of Professional Accident Reconstruction Specialists, International Association of Accident Reconstruction Specialists, & Southeast Accident Reconstruction Specialists, Atlanta, Georgia. 07/08

"Human Factors in Trucking Accidents," Lorman Continuing Legal Education Seminar, Albuquerque, New Mexico. 05/08

"What's in the Black Box?" (Presented with Arthur D. Spratlin and Timothy Corbitt), Lorman Continuing Legal Education Seminar, Jackson, Mississippi. 05/08

"Heavy Vehicle EDRs: Event Data in Commercial Vehicles and Other Heavy On-Highway Applications," Mississippi College of Law, Jackson, Mississippi. 04/08

"Driver Response Testing Results, Driver Response Inertia, Perceptual Tropism, and Eye Glance Behavior during Turning Maneuvers," Canadian Association of Technical Accident Investigators and Reconstructionists Annual Crash Conference, Ontario Police College, London, Ontario, Canada. 08/07

"Heavy Vehicle EDRs: Event Data in Commercial Vehicles and Other Heavy On-Highway Applications," Hinds Community College, Jackson, Mississippi. 07/07

"Heavy Vehicle EDRs: Event Data in Commercial Vehicles and Other Heavy On-Highway Applications," National Association of Legal Investigators 40th Anniversary Conference, St. Louis, Missouri. 06/07

Southeast Collision Reconstruction Conference: [conducted and presented research on car- following, headway, and police reaction time], Biloxi, Mississippi. 07/03

## Reviews

"Fundamentals of Traffic Crash Reconstruction," *Perception-Response Time*,
Ch. 12.8, by John Daily, Nathan Shigemura, & Jeremy Daily. IPTM, University of North Florida, Jacksonville, Florida. 2006

"Quantifying Driver Response Times Based on Research and Real Life Data," by Jeffery Muttart, presented by the author at the 2005 Driving Assessment Conference. 04/05

"Driver Response in Various Environments Empirically Estimated: DRIVE3," by Jeffery W. Muttart, *Problemy rekonstrukcji wypadkow drogowych* (Road Accident Reconstruction Problems) (Ch. 30). Krakow, PL: Institute of Forensic Research Publishers. 10/04

## Contributions

Joseph Badger's "The First Things to Do at an Accident Scene," *Law and Order Magazine*, Vol. 51:5.05/03

## Professional Affiliations

Human Factors and Ergonomics Society (HFES), Member—2007-present Society of Automotive Engineers (SAE) Member #6114657042 2005-present
National Association of Professional Accident Reconstruction Specialists, Member CDR Tool Users' Group—2003-present
International Network of Collision Reconstructionists (INCR)-2001-present

## Career Accomplishments

Teamwork Award – 11/02
City of Auburn, Police Division, Auburn Alabama - *Awarded to members of the city's public safety and information technology departments for providing security for former President George W. Bush*

Letter of Commendation – 09/02
Sergeant Thomas W. Carswell, MS Auburn Police Department – *outstanding work-ethic and accountability resulting in multiple felony arrests*

Employee of the Month—08/02
City of Auburn, Alabama - *excellence in vehicle accident investigations and superior academic achievement in work-related, graduate-level education*

Letter of Commendation—07/02

16

Captain David Lashley, Alabama State Troopers, Training Center Post Commander - *effective assistance in teaching motor vehicle accident investigation.*

Letter of Commendation—09/01
Chief Douglas J. Jefferson, Vestavia Hills Police Department - *diligence and professionalism in a motor vehicle accident investigation*

Teamwork Award—06/00
City of Auburn, Auburn, Alabama - *awarded to members of the city's police and fire divisions for participating in their most successful car-seat check-up event*

Ludwig von Mises University Seminar in Economics—07/95

William F.
Messerschmidt

Digitally signed by
William F.
Messerschmidt
Date: 2022.12.15
11:27:20 -06'00'

Jennifer Morris vs. Barry Scott Dagnel and ANA -Lab Corporation
District Court of the 49ᵗʰ Judicial District of Smith County Texas
Cause No. 17-2505-B
Testimony:  Human Factors
Date of Deposition:  29 January 2019
Retained by Plaintiffs

Beth Stephens, as Personal Representative for the Estate of Tommy Elton Turner v. Arch Insurance Company
United States District Court, Northern District of Alabama, Middle Division
Case No.: 4-18-cv-01520-JEO
Testimony: Accident Reconstruction
Date of Deposition: 18 September 2019
Retained by Plaintiffs

Christopher B. Brakefield, et al., v Douglas Studdard, et al., & Douglas Studdard, et al., v. Stone Electric Company
Circuit Court of Jefferson County, Alabama
Civil Action CV-2016-902958
Testimony: Accident Reconstruction
Dates of Deposition: 12 September 2019, resumed 30 October 2019
Retained by Plaintiff / Defendant council for Mr. Studdard

Antwan Whitaker v. Michael Joe Kilpatrick, et al.
Circuit Court of Macon County, Alabama
Civil Action 46-CV-2017-900074.00
Testimony: Accident Reconstruction & Human Factors
Date of Deposition: 27 December 2019
Retained by Defendant

Alma Stringfellow vs. Harold Holloway, Greenpoint Ag LLC, Nationwide Agribusiness
Third Judicial District, Parish of Lincoln
Suit #57793 Division C
Testimony: Accident Reconstruction
Date of Deposition: 7 January 2020
Date of Trial Testimony:  27 February 2020
Retained by Defendant

Keith A. Thompson v. Richard Lloyd Hubble and Steven Wilson d/b/a S Wilson Trucking
United States District Court for the Western District of Missouri, Southern Division
Case No. 6:19-cv-03002MDH
Testimony:  Human Factors
Date of Deposition:  21 January 2020
Retained by Defendant

Ted Navarette, individually, and on behalf of A. N., a Minor v. Michael Nathan Baker, Raymond William Helfrich, and Pilot Thomas Logistics, LLC
District Court of the 143ʳᵈ Judicial District, Ward County, Texas
Cause No.:  17-05-24211-CVW
Testimony:  Human Factors
Date of Deposition:  4 February 2020
Retained by Plaintiffs

Cory Wright Huff as surviving spouse of Eugene Joshua Huff v Daryll B. Winfrey and Ernst Enterprises of Georgia
State Court of Fulton County, Georgia
Civil Action File Number 19EV002521
Testimony:  Human Factors
Date of Deposition:  12 August 2020 (by Zoom)
Retained by Defendant

Charles Morgan, Individually and on behalf of the Estate of Karmen Morgan vs. Haley Parkman, Heath Parkman, Melissa Parkman, Wayne Parkman, Red River Beverage Company, and Club Operations, LLC
County Court at Law 3, Dallas County, Texas
Cause No. CC-17-05123-C
Testimony: Human Factors
Date of Deposition: 29 January 2021 (by Zoom)
Retained by Defendant

John Robert Hernandez v. Samuel Industries, LLC, Bullet Freight Systems, LLC, and Jamie Nunez Rey
District Court, 55th Judicial District, Harris County, Texas
Cause No. 2018-57883
Testimony:  Human Factors
Date of Deposition:  25 February 2021 (by Zoom)
Retained by Defendant

Ella B. Taylor v. Austyn Christian Martin, et al.
Circuit Court of Jefferson County, Alabama
01-CV-2019-902670.00
Testimony:  Accident Reconstruction
Date of Deposition:  30 March 2021
Retained by Plaintiffs

George Hautau & Olga Hautau v. Kiitos Brewing, Fisher Brewing, Proper Emporium, Dick 'n' Dixies, and Justin Taylor Barber Williford
Third Judicial District Court, in and for Salt Lake City, State of Utah
Civil No. 2009-01240
Testimony:  Human Factors
Date of Deposition:  24 June 2021
Retained by Defendants

Connie Jadoun & David Jadoun v Robertson Produce & LaDarius Powell
Circuit Court of the First Judicial District of Hinds County, Mississippi
25-CI1-18-cv-00598JAS
Testimony:  Accident Reconstruction
Date of Deposition: 21 July 2021
Retained by Defendants

Phillip Dwight Sisk, Jr. v. Sergii Fedorovych, et al
United States District Court For the Northern District of Alabama, Northeastern Division
5:30-CV-00620-LCB
Testimony:  Accident Reconstruction
Date of Deposition: 1 September 2021
Retained by Plaintiff

Lateefah River-James v. Fredeldrick Ryan & Prime, Inc.
Circuit Court of Macon County, Alabama
46-CV-2018-900102
Testimony:  Accident Reconstruction
Date of Deposition: 6 January 2022
Retained by Defendants

Timothy Stewart v. Michael Thompson & Sunbelt Rentals
Marion Superior Court No. 3, Indiana
49D03-1906-CT-022430
Testimony:  Human Factors
Date of Deposition:  7 January 2022
Retained by Plaintiffs

Martha Lopez, individually as surviving Parent of Decedent Juan Manuel Jimenez-Lopez, et al. v. CMC
Steel Fabricators, SWIFT, & Kyle Hild, et al.
Eight Judicial District Court, Clark County, Nevada
A-18-779263-C, Dept 4
Testimony:  Human Factors
Date of Deposition: 28 January 2022
Retained by Defendants

Aram Mekha v. Garda CL West, Inc., & David Lamonte Parks
Superior Court for the State of California, County of San Diego
Case No.: 37-2019-00040001-CU-CA-PTL
Testimony:  Accident Reconstruction
Date of Deposition:  25 February 2022, 9 March 2022
Date of Trial Testimony: 15, 16 March, 2022
Retained by Plaintiff

Touri Eugene Adams & Phillips Auto Recycling & Salvage v. Mega Trucking, Inc. and Patrice
Lumumba Morgan
United States District Court for the Middle District of Alabama, Northern Division
Case No.: 2-20-CV-776-WKW
Testimony: Human Factors, Accident Reconstruction
Date of Deposition: 21 March 2022
Retained by Plaintiff

Sherry Clardy as personal representative of the Estate of Lilian Bearden Talton v. Parsim Excavating,
LLC., Christopher Sims, Ottie B. Ellison, and ALFA Insurance Company
Circuit Court of Elmore County, Alabama
Case No. CV-20-900182
Testimony:  Accident Reconstruction
Date of Deposition:  7 April 2022
Retained by Plaintiff

Thomas Chaze v. East Jefferson Parish Levee District and Southeast Louisiana Flood Protection
Authority East
24th Judicial District Court, Parish of Jefferson, State of Louisiana
NO. 803-930, Division J
Testimony:  Human Factors
Date of Deposition: 6 May 2022
Retained by Defendant

Brent Yount v. Fairfield Southern Company
Circuit Court of Jefferson County, Alabama
CV-14900785
Testimony: Accident Reconstruction, Human Factors
Date of Deposition: 18 May 2022
Retained by Defendant

William A. Swann, III v. Martin R. Duarte, et al.
Circuit Court of Marshall County, Alabama
CV-21-900201
Testimony: Accident Reconstruction
Retained by Plaintiff

Byron Jameson v. Universal Waste Systems, Inc., United Rentals, Inc., Handling Solutions, et al.
Superior Court of the State of California, County of Los Angeles Southeast District (Norwalk)
19STCV22923
Testimony: Accident Reconstruction
Date of Deposition: 21 July 2022
Retained by Defendant in prior action

Shrene Hannivig, as the wrongful death representative of Kirk Hannivig, deceased v. Genesis
Transportation and Hector Arriega
District Court for the Eighth Judicial District, State of Wyoming, Converse County
CV 18276
Date of Deposition: 22 July 2022
Testimony: Human Factors
Retained by Defendants

Erin Altman v. Arch Insurance Company, Veterans Empowerment Organization of Georgia, Inc., and
Edward Davis
State Court of Gwinnet County, State of Georgia
21-C-02854-S1
Date of Deposition: 2 August 2022
Testimony: Human Factors
Retained by Plaintiff

Ernest Tillery v. Richards Disposal, Inc., Clear Blue Insurance Company, and Kevin van Buren
Civil District Court for the Parish of Orleans, State of Louisiana, Division E-7
No.: 2019-11071
Date of Deposition: 3 August 2022
Testimony: Human Factors, Accident Reconstruction
Retained by Defendants

Alex Reyes & Luz Reyes as co-Personal Representatives of the Estate of Johanna Reyes vs Knight
Transportation and Steven Downs
Circuit Court for the 14th Judicial District in and of Jackson County, Florida
Civil Action No. 19-CA-240
Date of Deposition: 20 October 2022
Testimony: Human Factors
Retained by Defendants

Commonwealth v Anne McInnis
Commonwealth of Massachusetts, Norfolk Superior Court
Docket No.: NOCR1882CR00
Date of Testimony:  26-27 October 2022
Testimony:  Human Factors
Retained by Defendant

Tim Elmore vs. John E. Smith, Inc., and Gerry McNichols
United States District Court for the Northern District of Alabama, Western Division
Civil Action Number 7:29-cv-00831-RDP
Date of Deposition:  18 November 2022
Testimony:  Accident Reconstruction
Retained by Plaintiff

Amber Wiggins v Laboratory Corporation of America, Laboratory Corporation of America Holdings,
William Goodwin, and the City of East Point
State Court of Gwinnett County
Civil Action File No.: 21-C-04750-S3
Date of Deposition:  21 November 2022
Testimony:  Human Factors, Accident Reconstruction
Retained by Plaintiff

Eric Minor and Stacy Green vs Nikia Cherry
State Court of Dekalb County, State of Georgia
Civil Action File 21A01037
Date of Deposition: 29 December 2022
Testimony: Human Factors
Retained by Plaintiff

Shana Thomas and Kelvin Thomas as the legal guardian of Kendal Thomas vs. Connie Field, as the
legal guardian of and on behalf of Isabella Field, a minor
Superior Court of Paulding County, State of Georgia
Civil Action File No. 22-CV-00872
Date of Deposition:  17 January 2023
Testimony:  Human Factors
Retained by Plaintiffs

# EXHIBIT B



www.integraforensic.com

*All past due invoices must be current before expert reports are released and before dates for deposition and trial are provided or saved; a signed engagement letter and retainer must be received before we begin work on a case. If a matter is extremely urgent, we will begin work, but will not release our work product until the retainer or payment is received.*

*All time is tracked and billed in tenth-hour (6 minute) intervals.*

## Fee Schedule

William Messerschmidt, ACTAR ........................................................................... $350 per hour

Benjamin Smith, ACTAR ...................................................................................... $325 per hour

Olivia Normand ................................................................................................... $285 per hour

Jerry Key .............................................................................................................. $260 per hour

Gary Corey, ACTAR ............................................................................................. $260 per hour

Greg Hatcher ....................................................................................................... $250 per hour

Madelyn Hudson. ................................................................................................ $200 per hour

Chelsea English. .................................................................................................. $175 per hour

Professional Contractors ........................................................................................... at cost

Weekend fees ............................................................................................................ rate + 25%

## Expenses

Passive Sensor Interface ...................................................................................... $2500 per use

ECM Download/Read ........................................................................................... $1500 per use

Mileage ................................................................................................................ current IRS rate

ACM Download/Read. ......................................................................................... $1000 per use

LMK Air Mobile Luminance Camera. ................................................................... $2500 per use

Konica-Minolta Luminance Meter. ...................................................................... $1000 per use

FARO 3D Scanner ................................................................................................ $300 per use

Background Research ........................................................................................... $600 per case

| ALABAMA | 205.444.0071 | 16700 Hwy 280, Ste. A-166 Chelsea, AL 35043 |
| LOUISIANA | 504.417.1625 | 14241 Coursey Blvd Ste. A-12-133 Baton Rouge, LA 70817 |
| MISSISSIPPI | 601.658.8122 | 127 Buschman St. Ste. 50 Hattiesburg, MS 39401 |
| TENNESSEE | 256.653.2659 | 929 Winchester Hwy., #107 Fayetteville, TN 37334 |

Pix4D Catch Fee.............................................................................. $100 per use

UAV/Drone Fee................................................................................. $250 per use

AXON Light Board Usage................................................................. $500 per use

Per Diem*..................................................................GSA M&I rate for destination

Lodging*............................................................................................... at cost

Air Fare*.............................................................................................. at cost


* Weekend rates apply only when clients **require** weekend work.

* Per diem is charged when working more than 50 miles away for more than 12 hours.

* Travel charges are billed for each consultant from his or her home office, either Birmingham, Hattiesburg, Baton Rouge or Fayetteville.

* Lodging will be in a Holiday Inn Express, Fairfield Inn, Hilton Garden Inn, or comparable establishment. Consultants will fly on the carrier of their choice


## Important Details

- We reserve the right to waive a retainer for our clients with a substantial history of on-time payments.

- Our hourly fee schedule does not apply to cases where an accepted offer has been made to complete a task for a specific price, for example:ECM Benchtop Downloads.

- Invoices are sent by email, and when necessary by US Mail or UPS, and payment is required within 15 days after submission of the invoice.

- When retained by an attorney or law firm, the retaining attorney, not the attorney's client, is responsible for ensuring the payment of invoices.

- Testimony, including depositions, trials, and other hearings, are billed at our normal rates. However, all invoices must be paid in full prior to depositions, trials, or other hearings.

- If a party other than the retaining attorney/firm/company is responsible for paying any portion of an invoice for deposition testimony, that bill must be paid in advance of the deposition.